1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   CLAUDIENS SANTRAIL GRIFFIN,            No. 2:18-cv-0562-EFB P

11              Petitioner,

12       v.                                ORDER

13   M.E. SPEARMAN,

14              Respondent.

15

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  He has not, however, filed an in forma pauperis affidavit or paid the required

18   filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity

19   to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or

20   submit the appropriate filing fee.

21        In accordance with the above, IT IS HEREBY ORDERED that:

22    1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support

23       of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to

24       comply with this order may result in this action being dismissed; and

25    2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form

26       used by this district.

27   Dated:  March 26, 2018.

28                                       _____
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE